IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12CV68-RLV-DSC

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| AAA AUTO PARTS, et. al., | ) ) |
| Defendants. | ) ) ) ) |

**ORDER**

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Lawrence E. Laubscher, Jr.]" (document #2). For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 7, 2012

David S. Cayer
United States Magistrate Judge